■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO TOPSY, Appellant. [696 NYS2d 470] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered July 9, 1997, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant possessed an unlicensed, loaded firearm. The jury was entitled to presume that the defendant intended to use it unlawfully (*see,* Penal Law § 265.15 [4]; *People v Higdon,* 162 AD2d 957, 958; *People v Carrion,* 136 AD2d 649, 650).

There is no merit to the defendant's claims of prosecutorial misconduct during the cross-examination of the defendant and during closing argument (*see, People v Whyte,* 228 AD2d 395, *lv denied* 89 NY2d 868, *cert denied* 521 US 1125). S. Miller, J. P., Santucci, Sullivan and Florio, JJ., concur.